UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2021
```

United States of America,

—v—

Julia Greenberg,

          Defendant.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference regarding Ms. Greenberg's release conditions is scheduled for March 23, 2021, at 11:00 a.m. The Court will conduct the proceeding by videoconference via the Skype for Business Platform. The Court will separately provide the parties with instructions for accessing the proceeding. Members of the public may access audio of the proceeding by calling (888) 363-4749 and using access code 919-6964.

    If the Defendant wishes to waive her right to physical presence at the proceeding, defense counsel should return the attached waiver of physical presence before the conference. Defense counsel may sign on the Defendant's behalf if authorized by the Defendant to do so.

SO ORDERED.

Dated: March 22, 2021
       New York, New York

                                                  ALISON J. NATHAN
                                                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

           -v-

                      ,
                      Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

-CR-    (    )

**Check Proceeding that Applies**

____    Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; to enter a plea of either guilty or not guilty before the judge; and to have an attorney beside me as I do.  By signing this document, I wish to advise the court that after consultation with my attorney I willingly give up my right to appear in person before the judge for my arraignment.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me for my arraignment so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:      _____
             Signature of Defendant


            _____
            Print Name

____    Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions.  I understand that I have a right to appear in person before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights due to the COVID-19 pandemic so long as the following conditions are met.  I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release, even though I will not be physically present.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:      _____
             Signature of Defendant


            _____
            Print Name

____    Conference

I have been charged in an indictment with violations of federal law.  I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law.  I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur.  I have discussed these issues with my attorney and wish to give up my right to be physically present at the upcoming conference.  By signing this document, I wish to advise the court that I willingly give up my right to be physically present at the upcoming conference in my case on account of the COVID-19 pandemic so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:        _____
             Signature of Defendant


             _____
             Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence.  I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:        _____
             Signature of Defense Counsel


             _____
             Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.   The interpreter's name is: _____.


Date:        _____
             Signature of Defense Counsel


**Accepted:** _____
             Signature of Judge
             Date:

2