

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:_____
                                                    DATE FILED: 6/9/2021
```

147 PRINCE STREET | 4TH FLOOR | BROOKLYN, NEW YORK 11201
TELEPHONE 1.718.766.5153 | FACSIMILE 1.718.504.3599 | EMAIL: ckaser@sharovalaw.com

YELENA SHAROVA, ESQ. *+
*NY, +NJ

STEVEN GARFINKLE ESQ.*+
CHARLES KASER ESQ.*
NANI KIM ESQ.*
CHARLES MARINO ESQ.*
BRUCE PROVDA ESQ.*

PARALEGALS
FRANKLIN DAVIS JR.
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS
ALVIN KORSUNSKIY

June 9, 2021

**VIA ELCTRONIC FILING**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   US v. Greenberg 21 Cr. 92 (AJN)

Dear Judge Nathan:                                                        SO ORDERED.

Counsel for Julia Greenberg respectfully submits this letter to request permission for her to travel to Philadelphia, PA to attend two court appearances for her clients. These appearances are on July 20th, 2021, and July 28th, 2021, in front of the Immigration Courts located at 900 Market Street, Philadelphia, PA 19107. She requests permission to attend these appearances on these days only.

It is my understanding that Pretrial Services, through Officer Dominique Jackson, has no objection to this request. Additionally, the Government, through Assistant US Attorney Jonathan Rebold, will defer to the recommendation of Pretrial Services.

Ms. Greenberg has been in compliance with the terms of her pretrial release, including fully informing these clients of her pending matter before Your Honor.
Thank you for your time and attention in this matter.

CC: All Parties (via ECF)

*[Signature of Alison J. Nathan]*

SO ORDERED.   6/9/2021
ALISON J. NATHAN, U.S.D.J.