```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        –v–

Julia Greenberg,

        Defendant.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received a sealed motion from Ms. Greenberg to modify her release conditions to allow her to represent clients in asylum interviews. The Government shall respond to the motion by June 18, 2021, and Ms. Greenberg may file a reply by June 23, 2021. In its response, the Government should note its position on whether any portions of the motion and supporting papers should remain under seal.

    The Court also reminds the parties that pursuant to Rule 2.B of its Individual Practices in Criminal Cases, all letters to the Court that exceed one page must be double spaced.

SO ORDERED.

Dated: June 14, 2021
       New York, New York

                                  _____
                                      ALISON J. NATHAN
                                  United States District Judge