

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/28/2021

147 PRINCE STREET | 4TH FLOOR | BROOKLYN, NEW YORK 11201
TELEPHONE 1.718.766.5153 | FACSIMILE 1.718.504.3599 | EMAIL: ckaser@sharovalaw.com

**YELENA SHAROVA, ESQ. \*+**
*NY, +NJ
_____
STEVEN GARFINKLE ESQ.\*+
CHARLES KASER ESQ.\*
NANI KIM ESQ.\*
CHARLES MARINO ESQ.\*
BRUCE PROVDA ESQ.\*

PARALEGALS
FRANKLIN DAVIS JR.
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS
ALVIN KORSUNSKIY

July 27, 2021

**VIA ELCTRONIC FILING**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    US v. Greenberg 21 Cr. 92 (AJN)

Dear Judge Nathan:

SO ORDERED.

Counsel for Julia Greenberg respectfully submits this letter to request permission for her to travel to Boston, MA to attend an Individual Hearing in front of the Immigration Courts at the JFK Federal Building, 15 New Sudbury Street, Boston, MA, on August 9, 2021.

As Individual Hearings are more akin to trials, Ms. Greenberg is requesting to travel the evening before, August 8, and be permitted to stay overnight at a relative's home at 12 Cordis Street, Apartment 3, Boston, MA. Additionally, given that the Hearing could last all day, Ms. Greenberg is requesting permission to again stay at the Cordis Street location on the evening of August 9, and return to New York on the morning of August 10, 2021.

It is my understanding that Pretrial Services, through Of[ficer ...] objection to this request. Additionally, the Government[, ...] Jonathan Rebold, will defer to the recommendation of P[retrial Services].

Ms. Greenberg has been in compliance with the terms o[f ...] informing these clients of her pending matter before Yo[ur Honor].

Thank you for your time and attention in this matter.

*[signature: Alison J. Nathan]*
SO ORDERED.  7/28/2021
ALISON J. NATHAN, U.S.D.J.

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant
By: /s/ *Charles Kaser*

CC: All Parties (via ECF)