UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/21

United States,

–v–

Julia Greenberg,

                Defendant.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 23, 2021, after conducting a hearing, the Court issued an order modifying Defendant Julia Greenberg's conditions of release. Dkt. No. 48. In pertinent part, the Court permitted Ms. Greenberg to practice immigration law so long as she obtained the knowing and written consent of her clients but prohibited her from "represent[ing] her clients in interviews with immigration officials." Dkt. No. 48.

Ms. Greenberg on June 11, 2021, submitted a sealed motion to modify that condition of her release to allow her to represent clients in asylum interviews. Dkt. No. 73. The Government submitted its opposition on June 18, 2021, and Ms. Greenberg replied on June 23, 2021.

After review of the parties' briefing and the attached exhibits, the Court DENIES Ms. Greenberg's motion to modify her conditions of release. The additional materials submitted by Ms. Greenberg do not alter the Court's conclusion, explained at the March 23, 2021 hearing, that Ms. Greenberg should not represent clients in interviews before immigration officials. Tr. at 42–47, 53–55, 60, Dkt. No. 62.

      SO ORDERED.

Dated: August 30, 2021
      New York, New York

                                        ALISON J. NATHAN
                                     United States District Judge