# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| -against- ) | Criminal Docket No.: 1:21-cr-00092-AJN |
| ) | |
| JULIA GREENBERG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021

~~(Proposed)~~ Order to Seal

The Court, having considered the Defendant's Motion to Seal the Exhibits in support of Defendant's Motion/Memorandum, filed October 15, 2021, ecf no. 115.

It is hereby Ordered that the Exhibits in support of Defendant's Motion/Memorandum, filed October 15, 2021, ecf no. 115 ~~will be~~ placed under seal will remain sealed until further order of this court . that have been

Dated this  19   day of October, 2021.

This resolves docket numbers 116 and 117.

_____
Honorable Alison J. Nathan
United States District Court Judge