

| | |
|---|---|
| Telephone | 1.718.766.5153 |
| Facsimile | 1.718.504.3599 |
| Email | ckaser@sharovalaw.com |

YELENA SHAROVA, ESQ. *+

STEVEN GARFINKLE ESQ. *+

CHARLES KASER ESQ. *

NANI KIM ESQ. *

CHARLES MARINO ESQ. *

PARALEGALS:

FRANKLIN DAVIS JR

ALVIN KORSUNSKIY

CELINA QUEVEDO

SARAH ROSEN

DEBORAH RUNG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/22

February 2, 2022

**VIA ELCTRONIC FILING**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    US v. Greenberg 21 Cr. 92 (AJN)

Dear Judge Nathan:

Counsel for Julia Greenberg respectfully submits this letter to amend her last travel request which was endorsed by this court on January 21st, 2022 for her to travel to Salt Lake City, Utah from February 16 to February 20, 2022. Ms. Greenberg requests to leave on February 15th instead of February 16th.

Ms. Greenberg would travel from New York to Salt Lake City from the dates of February 15 to February 20 and she would stay at Park City Ski Resort at 1345 Lowell Avenue, Park City, Utah 84060. On February 20 she would fly back home.

It is my understanding that Pretrial Services, through Officer Dominique Jackson, has no objection to this request. Additionally, the Government, through Assistant US Attorney Jonathan Rebold, will defer to the recommendation of Pretrial Services.

Ms. Greenberg has been in compliance with the terms of her pretrial release, including fully informing these clients of her pending matter before Your Honor.

Thank you for your time and attention in this matter.

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant
By: /s/ *Charles Kaser*

CC: All Parties

NEW YORK 11201

SO ORDERED.
*/s/ Alison J. Nathan*
ALISON J. NATHAN, U.S.D.J.
2/3/22