UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Julia Greenberg,

Defendant.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government filed a one-count superseding indictment against six Defendants, including Julia Greenberg. Greenberg on October 15, 2021, moved to dismiss the indictment due to outrageous government conduct, to dismiss the indictment as duplicitous, to sever Greenberg's trial from the other five Defendants, to dismiss the indictment for failure to allege a crime, to suppress her statements allegedly obtained in violation of the Fifth Amendment, and to produce minutes of the grand jury proceedings to her or for *in camera* inspection. Dkt. No. 114.

In an Opinion & Order filed under temporary seal to allow the parties to propose any redactions, the Court DENIES each of these requests in Greenberg's motion. The Court will send the temporarily sealed Opinion & Order to the parties. By March 14, 2022, the parties are ORDERED to inform the Court whether either seeks limited redactions to the Opinion & Order, justifying any such request by reference to the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

SO ORDERED.

Dated: March 9, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge