

147 PRINCE STREET | 4TH FLOOR | BROOKLYN, NEW YORK 11201
TELEPHONE 1.718.766.5153 | FACSIMILE 1.718.504.3599 | EMAIL: ckaser@sharovalaw.com

**YELENA SHAROVA, ESQ. \*+**
\*NY, +NJ
_____
STEVEN GARFINKLE ESQ.\*+
CHARLES KASER ESQ.\*
NANI KIM ESQ.\*
CHARLES MARINO ESQ.\*
BRUCE PROVDA ESQ.\*

PARALEGALS
FRANKLIN DAVIS JR.
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS
ALVIN KORSUNSKIY

**March 22, 2022**

**VIA ELCTRONIC FILING**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/22
```

    Re:  US v. Greenberg 21 Cr. 92 (AJN)

Dear Judge Nathan:

Counsel for Julia Greenberg respectfully submits this letter to request permission for her to travel to Gaithersburg, VA to attend her daughter's rhythmic gymnastics competitions scheduled March 27th and travel to Middleton, MA to attend a rhythmic gymnastics competition scheduled for May 7 and May 8, 2022.

Ms. Greenberg is requesting to drive with her daughter on March 26, 2022 and return the next day on March 27, 2022. Additionally, Ms. Greenberg is requesting to drive Middleton, MA on May 6 2022 and will return on May 8, 2022.

It is my understanding that Pretrial Services, through Officer Dominique Jackson, has no objection to this request. Additionally, the Government, through Assistant US Attorney Jonathan Rebold, defers to Pretrial Services.

Ms. Greenberg has been in compliance with the terms of her pretrial release.

Thank you for your time and attention in this matter.

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant
By: /s/ *Charles Kaser*

SO ORDERED.
*[signature]* 3/22/22
ALISON J. NATHAN, U.S.D.J.

CC: All Parties