

SINCE 1828

GAMES & QUIZZES THESAURUS WORD OF THE DAY FEATURES
- SHOP
Buying Guide M-W Books
SUBSCRIBE TO MWU

- 
  MY WORDSMY WORDS    RECENTS settings log out
- LOG IN

- REGISTER

obtain

dictionary
thesaurus

Log in Sign Up

Hello,

Games & Quizzes  Thesaurus  Word of the Day  Features  Buying Guide  M-W Books  Subscribe to MWU

- My WordsMy Words
-  View Recents
-  Account

Log Out

# obtain

verb

 Save Word

To save this word, you'll need to log in.

Log In

ob·tain | \ əb-ˈtān 🔊 , äb- \
obtained; obtaining; obtains

## Definition of *obtain*

transitive verb

: to gain or attain usually by planned action or effort The information was difficult to obtain. We obtained a copy of the original letter.

intransitive verb

1 : to be generally recognized or established : prevail Those ideas no longer obtain for our generation. a greater degree of free expression than usually obtains in film production— Roger Manvell
2 archaic : succeed

⬇ Other Words from *obtain* ⬇ Synonyms & Antonyms ⬇ Did you know? ⬇ More Example Sentences ⬇ Learn More About *obtain*

## Other Words from *obtain*

obtainability \ əb-ˌtā-nə-ˈbi-lə-tē 🔊 , äb- \ noun

Cited in US v Greenberg
21CR92 Decided 3/9/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

obtainable \ əb-ˈtā-nə-bəl 🔊 , äb- \ adjective
obtainer noun

obtainment \ əb-ˈtān-mənt 🔊 , äb- \ noun

# Synonyms & Antonyms for *obtain*

Synonyms

- acquire,
- attain,
- bag,
- bring in,
- capture,
- carry,
- come by,
- draw,
- earn,
- gain,
- garner,
- get,
- knock down,
- land,
- make,
- procure,
- pull down,
- realize,
- reap,
- secure,
- win

Antonyms

- forfeit,
- lose

Visit the Thesaurus for More »

# Did you know?

*Obtain*, which was adopted into English in the 15th century, comes to us via Anglo-French from the Latin *obtinēre*, meaning "to hold on to, possess." *Obtinēre* was itself formed by the combination of *ob-*, meaning "in the way," and the verb *tenēre*, meaning "to hold." In its earliest uses, *obtain* often implied a conquest or a successful victory in battle, but it is now used for any attainment through planned action or effort. The verb *tenēre* has incontestably prevailed in the English language, providing us with such common words as *abstain*, *contain*, *detain*, *sustain*, and, perhaps less obviously, the adjectives *tenable* and *tenacious*.

# Examples of *obtain* in a Sentence

The information may be difficult to *obtain*. We *obtained* a copy of the original letter. These ideas no longer *obtain* for our generation.
Recent Examples on the Web The Kytch founders argued in that lawsuit that Taylor worked with TFG and one franchise owner to stealthily *obtain* a Kytch device, reverse-engineer it, and attempt to copy its features. — Andy

Cited in US v Greenberg 21CR92 Decided 3/9/22
Archived on 3/18/22
This document is protected by copyright. Further reproduction is prohibited without permission.

Greenberg, *Wired*, 2 Mar. 2022 As a result of these directives, families like the Does have been exposed immediately to such investigations—including surprise home visits from CPS and efforts to *obtain* their confidential medical records. — Melissa Gira Grant, *The New Republic*, 1 Mar. 2022 The drive redefined Stafford as a champion in the clutch one year after the Rams traded three draft picks and their previous starting quarterback to *obtain* him from the Detroit Lions. — Brent Schrotenboer, *USA TODAY*, 14 Feb. 2022 See More

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'obtain.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

# First Known Use of *obtain*

15th century, in the meaning defined at transitive sense

# History and Etymology for *obtain*

Middle English *obteinen*, from Anglo-French & Latin; Anglo-French *obtenir*, from Latin *obtinēre* to hold on to, possess, obtain, from *ob-* in the way + *tenēre* to hold — more at thin

# Learn More About *obtain*

Share *obtain*



Post the Definition of obtain to Facebook    Share the Definition of obtain on Twitter

Time Traveler for *obtain*

# The first known use of *obtain* was in the 15th century

See more words from the same century

Listen to Our Podcast About *obtain*



**obtain**

SUBSCRIBE    DOWNLOAD

00:00 / 01:43 Listen on

Apple Podcasts    Spotify    Stitcher

Theme music by Joshua Stamper ©2006 New Jerusalem Music/ASCAP

Get Word of the Day delivered to your inbox!

Your email address | Sign Up »

## Dictionary Entries Near *obtain*

obt

obtain

obtainal

See More Nearby Entries

## Statistics for *obtain*

Last Updated

14 Mar 2022

Look-up Popularity

Top 1% of words

Cite this Entry

"Obtain." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/obtain. Accessed 18 Mar. 2022.

**Style:** MLA
MLA ✓ Chicago ✓ APA ✓ Merriam-Webster ✓
Seen & Heard
People are talking about

Cited in US v Greenberg 21 CR392 Decided 3/9/22
Archived on 3/18/22
This document is protected by copyright. Further reproduction is prohibited without permission.

AdChoices ▷                              Sponsored

Case 1:21-cr-00092-JPO   Document 142   Filed 03/24/22   Page 6 of 11

More Definitions for *obtain*

obtain

verb

ob·tain | \ əb-ˈtān 🔊 \
obtained; obtaining

# Kids Definition of *obtain*

**:** to gain or get hold of with effort She was able to *obtain* a ticket to the show. We *obtained* permission to enter.

More from Merriam-Webster on *obtain*

Nglish: [Translation of *obtain* for Spanish Speakers](#)

Britannica English: [Translation of *obtain* for Arabic Speakers](#)

Cited in US v Greenberg
21CR92 Decided 3/9/22

Archived on 3/18/22

This document is protected by copyright.
Further reproduction is prohibited without permission.

**WORD OF THE DAY**

# nascent 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email address    SUBSCRIBE

Test Your Vocabulary

Which Word Does Not Belong?

- - Which of these words does *not* mean "nonsense"?

bunkum    sagacity

blatherskite    folderol

Test your visual vocabulary with our 10-question challenge!

TAKE THE QUIZ

A daily challenge for crossword fanatics.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

Cited in US v Greenberg
21CR92 decided 3/9/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

**WORDS AT PLAY**

### Words of the Week - March 18

- From the week ending 3/18/2022

### 30 Ways to Tell the Future

- Let us know if any of these work for you

### Is it 'St. Patty's Day' or 'St. Paddy's Day'?

### Clever Insults

- Flummox your foes with the finest vocabulary

**ASK THE EDITORS**

### 'Everyday' vs. 'Every Day'

- A simple trick to keep them separate

## What Is 'Semantic Bleaching'?

- How 'literally' can mean "figuratively"

## Literally

- How to use a word that (literally) drives some pe...

## Is Singular 'They' a Better Choice?

- The awkward case of 'his or her'

### WORD GAMES

## Great Words for Scrabble

Words to improve your Scrabble game

- **TAKE THE QUIZ**

Cited in US v Greenberg
21CR92 Decided 3/18/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

## The Return of Commonly Confused Words

Your challenge is imminent. Or is it immanent?

- **TAKE THE QUIZ**

## Name That Thing

Test your visual vocabulary with our 10-question ...

- **TAKE THE QUIZ**

Cited in US v Greenberg
21CR92 Decided 3/9/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

# Learn a new word every day. Delivered to your inbox!

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER DICTIONARY API
- NGLISH - SPANISH-ENGLISH TRANSLATION
- BRITANNICA ENGLISH - ARABIC TRANSLATION

**FOLLOW US**

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos | Word of the Year | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2022 Merriam-Webster, Incorporated

Cited in US v Greenberg
21CR92 Decided 3/9/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.