

| | |
|---|---|
| YELENA SHAROVA, ESQ. *+ <br> STEVEN GARFINKLE ESQ. *+ <br> CHARLES KASER ESQ. * <br> NANI KIM ESQ. * <br> CHARLES MARINO ESQ. * <br> BRUCE PROVDA ESQ. * <br> *NY +NJ | Telephone  1.718.766.5153 <br> Facsimile  1.718.504.3599 <br> Email  ckaser@sharovalaw.com <br><br> PARALEGALS: <br> FRANKLIN DAVIS JR <br> ALVIN KORSUNSKIY <br> CELINA QUEVEDO <br> SARAH ROSEN <br> DEBORAH RUNG <br> MABEL SANTANA <br> HANNA SKARULIS |

May 27, 2022

**VIA ELCTRONIC FILING**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    US v. Greenberg 21 Cr. 92 (AJN)

Dear Judge Nathan:

Counsel for Julia Greenberg respectfully submits this letter to request permission for her to travel outside the SDNY, EDNY and DNJ as long as her itinerary is given to pretrial service ahead and pretrial approved the travel request.

It is my understanding that Pretrial Services, through Officer Dominique Jackson, has no objection to this request. Additionally, the Government, through Assistant US Attorney Jonathan Rebold, defers to pretrial.

Ms. Greenberg has been in compliance with the terms of her pretrial release.

Thank you for your time and attention in this matter.

> Granted. Travel outside of the SDNY, EDNY, and DNJ is allowed provided that Pretrial Services approves of the travel itinerary.
> So ordered.
> 6/1/2022

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant
By: /s/ *Charles Kaser*

*J. PAUL OETKEN*
United States District Judge

ΓH FLOOR, BROOKLYN, NEW YORK 11201