UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 21-CR-92-3 (JPO) |
| JULIA GREENBERG, | ORDER |
| Defendant. | |

J. PAUL OETKEN, District Judge:

As stated on the record at the bail hearing held on January 4, 2023, Defendant Greenberg's bail conditions are hereby modified to include the additional condition that she may not practice immigration law or provide immigration services.

The request of James M. Branden to withdraw as counsel for Defendant Greenberg (ECF No. 222) is granted.

Sentencing for Defendant Greenberg is scheduled for April 27, 2023, at 11:00 a.m.

SO ORDERED.

Dated: January 4, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge