August 9, 2023

**VIA ELCTRONIC FILING**

Honorable Paul J. Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: US v. Mosha, et al. 21 Cr. 92 (AJN)

Honorable Judge Oetken:

Counsel for Julia Greenberg respectfully submits this request to continue Ms. Greenberg's sentencing to September 5, 2023, and to extend the filing deadlines for the sentencing submissions commensurately.

Ms. Greenberg's sentencing is presently set for August 22, 2023. Filing deadlines for the sentencing submissions for the defense and government were set two weeks (August 8, 2023) and one week (August 15, 2023) prior to sentencing, respectively. The reason for this request is that, after the date was set for Ms. Greenberg's sentencing, the trial date for another case the undersigned is engaged on, People vs. Sistrunk, 21CR0569301 (Cook County, IL), was continued until August 18, 2023. The Sistrunk trial is anticipated to last for one week and will necessarily overlap with the date presently set for Ms. Greenberg's sentencing.

As such, counsel for Ms. Greenberg respectfully requests that her sentencing be continued to the week of September 7, 12, 13, or 14 and that the deadlines for sentencing submissions for the defense and the government be set two weeks (August 22, 2023) and one week (August 29, 2023) prior to sentencing, respectively.

The Government, through Assistant US Attorney Jonathan Rebold, takes no position on this request.

Thank you for your time and attention in this matter.

> Granted. Sentencing as to Ms. Greenberg is hereby adjourned to September 7, 2023, at 3:00 pm. Defendant's sentencing submission is due August 22, 2023, and the government's on August 29, 2023.
> So ordered.
> 8/10/2023

Respectfully Submitted,

By: /s/ Beau B. Brindley
Beau B. Brindley
Attorney for Julia Greenberg

J. PAUL OETKEN
United States District Judge