UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
UNITED STATES OF AMERICA :
: PRELIMINARY ORDER OF
- v. - FORFEITURE/
: MONEY JUDGMENT
JULIA GREENBERG,
: S1 21 Cr. 92 (JPO)

                    Defendant.      :
------------------------------------ x

      WHEREAS, on or about February 11, 2021, JULIA GREENBERG (the "Defendant"), among others, was charged in a one-count Superseding Indictment, S1 21 Cr. 92 (JPO) (the "Indictment"), with conspiracy to commit immigration fraud, in violation of Title 18, United States Code, Section 371 (Count One);

      WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, Untied States Code, Section 982(a)(6)(A)(ii)(I), of all property, real and personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offense charged in Count One of the Indictment;

      WHEREAS, on or about December 17, 2022, the Defendant was convicted, following a jury trial, of Count One of the Indictment;

      WHEREAS, the Government asserts that $4,500 in United States currency represents the property derived from, or traceable to the proceeds the Defendant obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment;

WHEREAS, the Government seeks a money judgment in the amount of $4,500 in United States currency, pursuant to Title 18, United States Code, Section 982(a)(6)(A)(ii)(I), representing the property derived from, or traceable to the proceeds the Defendant obtained, directly or indirectly, from the commission of the offense charged in Count One of the Indictment; and

WHEREAS, the Court finds that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant was found guilty following a jury trial, a money judgment in the amount of $4,500 in United States currency (the "Money Judgment"), representing the property derived from, or traceable to the proceeds the Defendant obtained, directly or indirectly, from the commission of the offense charged in Count One of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant JULIA GREENBERG, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.  The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.  Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

9/7/2023
DATE